**PALMER & BARR, P.C.**
By John J. Barr, Esquire
Attorney Identification No. 35333
Grove Summit Office Park
607 Easton Road, Suite D
Willow Grove, PA 19090
Phone: 215-659-2200
Fax: 215-557-0225
john.barr@palmerbarr.com

Attorney for:
Defendant State Farm Insurance Company

| | |
|---|---|
| Djimpson Mentor | : |
| | : |
| v. | : |
| | : |
| State Farm Insurance Company | : |

## DISCLOSURE STATEMENT FORM

Please check one box:

X     The nongovernmental corporate party, State Farm Mutual Automobile Insurance Company, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

       The nongovernmental corporate party, _____ in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

5-23-2022
Date

_____
Signature
Counsel for:   State Farm Mutual Automobile Insurance Company

**PALMER & BARR, P.C.**
By John J. Barr, Esquire
Attorney Identification No. 35333
Grove Summit Office Park
607 Easton Road, Suite D
Willow Grove, PA 19090
Phone: 215-659-2200
Fax: 215-557-0225
john.barr@palmerbarr.com

Attorney for:
Defendant State Farm Insurance Company

Djimpson Mentor

v.

State Farm Insurance Company

## NOTICE OF REMOVAL

AND NOW, comes Defendant, State Farm Mutual Automobile Insurance Company [hereinafter "State Farm"], for the purpose only of removing this case to the United States District Court for the Eastern District of Pennsylvania, respectfully avers as follows:

1. This is a civil action filed and now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, No. 220501176.

2. The action was initiated by the filing of a Complaint on or about May 12, 2022. *A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.*

3. Service of Plaintiff's Complaint upon Defendant State Farm was purportedly made on or around May 17, 2022.

4. Plaintiff's Complaint avers that Defendant State Farm's address is One State Farm Plaza, Bloomington, Illinois. *Exhibit A*, at ¶ 2.

5. State Farm is now, and was at the time the Plaintiff commenced this action and filed the Complaint, a corporation organized under the laws of the State of Illinois with its principal

place of business in Illinois and, therefore, is a citizen of Illinois for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

6. Plaintiff, per the Complaint, resides at 1112 Sweetbriar Rd, Apt 12 Morrisville, PA 19067, and is a citizen of the Commonwealth of Pennsylvania. *See Exhibit A*, at ¶ 1.

7. Plaintiff's Complaint sets forth contractual claims for UM benefits against Defendant State Farm in relation to a motor vehicle accident that allegedly occurred on September 20, 2020. *See Exhibit A*.

8. Plaintiff, Djimpson Mentor, alleges that he sustained injuries as a result of the September 20, 2020 accident and alleges that he is entitled to an award in excess of $50,000 for breach of contract related to his insurance policy with Defendant State Farm. *See Exhibit A*.

9. Upon information and belief, Plaintiff's policy of insurance with State Farm provided for $100,000 in UM benefits.

10. Pursuant to 28 U.S.C. § 1332, the amount in controversy in this matter is in excess of seventy-five thousand dollars ($75,000), exclusive of interest and costs, based upon Plaintiff's claim for damages in excess of $50,000, his allegations of serious and permanent injuries, and available UM benefits up to of $100,000.

11. This is a suit of civil nature and involves a controversy between citizens of different states. Plaintiff is a citizen of the Commonwealth of Pennsylvania; Defendant, State Farm, is a citizen of the State of Illinois.

13. 28 U.S.C. § 1446(b) provides that:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

14. State Farm files this Notice of Removal pursuant to 28 U.S.C. §1446(b).

15. This notice of removal is being filed within 30 days of State Farm's notice of Plaintiff's Complaint, and this action is timely filed pursuant to 28 U.S.C. § 1446(b).

16. The averments made herein are true and correct with respect to the date upon which the Complaint was filed, the date upon which State Farm was served with, or was aware of Plaintiff's Complaint, and the date upon which this notice is being filed.

17. Pursuant to 28 U.S.C. § 1446(d), State Farm has filed this Notice with this Court and is simultaneously serving a copy of this Notice upon counsel for all parties, and is filing a copy in the Court of Common Pleas of Philadelphia County, Pennsylvania.

WHEREFORE, State Farm Mutual Automobile Insurance Company hereby removes this suit to this Honorable Court, pursuant to the laws of the United States.

PALMER & BARR P.C.

BY: _____
John J. Barr, Esq
I.D. No. 35333
607 Easton Rd Suite D
Willow Grove PA 19090
(215) 659-2200
Attorney for Defendant,
State Farm Mutual Automobile Insurance Company

**PALMER & BARR, P.C.**
By John J. Barr, Esquire
Attorney Identification No. 35333
Grove Summit Office Park
607 Easton Road, Suite D
Willow Grove, PA 19090
Phone: 215-659-2200
Fax: 215-557-0225
john.barr@palmerbarr.com

Attorney for:
Defendant State Farm Insurance Company

| | |
|---|---|
| Djimpson Mentor | : |
| v. | : |
| State Farm Insurance Company | : |

## NOTICE TO ALL PARTIES

To:   Djimpson Mentor
c/o, Greg Prosmuchkin, Esquire
Law Offices of Greg Prosmushkin, P.C.
9637 Bustleton Avenue
Philadelphia, PA 19115

Please take notice that Defendant, State Farm Mutual Automobile Insurance Company, by its attorneys Palmer & Barr, P.C., has filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania removing to that Court a Civil Action previously pending in the Court of Common Pleas of Philadelphia County, No. 220501176, captioned <u>Djimpson Mentor vs. State Farm Insurance Company</u>.

PALMER & BARR P.C.

BY: _____
John J. Barr, Esq
I.D. No. 35333
607 Easton Rd Suite D
Willow Grove PA 19090
(215) 659-2200
Attorney for Defendant,
State Farm Mutual Automobile Insurance Company

**PALMER & BARR, P.C.**
By John J. Barr, Esquire
Attorney Identification No. 35333
Grove Summit Office Park
607 Easton Road, Suite D
Willow Grove, PA 19090
Phone: 215-659-2200
Fax: 215-557-0225                            Attorney for:
john.barr@palmerbarr.com                     Defendant State Farm Insurance Company

| | |
|---|---|
| Djimpson Mentor | : |
| | : |
| v. | : |
| | : |
| State Farm Insurance Company | : |

## PROOF OF FILING

John Barr, Esquire, being duly sworn according to law, deposes and says that he is an partner in the law firm of Palmer & Barr, P.C., attorneys for Defendant, State Farm Mutual Automobile Insurance Company, and that he did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia County a copy of the Notice of Removal attached hereto, said filing to be made on May 23, 2022

 

PALMER & BARR P.C.

BY: _____
John J. Barr, Esq
I.D. No. 35333
607 Easton Rd Suite D
Willow Grove PA 19090
(215) 659-2200
Attorney for Defendant,
State Farm Mutual Automobile Insurance Company

**PALMER & BARR, P.C.**
By John J. Barr, Esquire
Attorney Identification No. 35333
Grove Summit Office Park
607 Easton Road, Suite D
Willow Grove, PA 19090
Phone: 215-659-2200
Fax: 215-557-0225
john.barr@palmerbarr.com

Attorney for:
Defendant State Farm Insurance Company

| | |
|---|---|
| Djimpson Mentor | : |
| | : |
| v. | : |
| | : |
| State Farm Insurance Company | : |

  John Barr, Esquire, after being first duly sworn upon oath, deposes and says that he is a partner in the law firm of Palmer & Barr, P.C. attorneys for the Defendant, State Farm Mutual Automobile Insurance Company, and that he did serve on May 23, 2022, the aforementioned Notice to all parties listed below, depositing a copy of same in the United States Post Office box, postage pre-paid, enclosed in an envelope plainly addressed to:

Greg Prosmushkin, Esquire
Law Offices of Greg Prosmushkin, P.C.
9637 Bustleton Avenue
Philadelphia, PA 19115
*Attorney for Plaintiff*

          PALMER & BARR P.C.

        BY: _____
          John J. Barr, Esq
          I.D. No. 35333
          607 Easton Rd Suite D
          Willow Grove PA 19090
          (215) 659-2200
          Attorney for Defendant,
          State Farm Mutual Automobile Insurance Company